IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IN RE: MICHAEL CLAY LOWRY            CASE NO: 1:24-bk-70534
      DEBTOR                                                               CHAPTER 13

## RESPONSE

Comes now Robert N. Rushing, attorney for the debtor, and for this response to Trustee's Notice of Opportunity to Respond for Failure to Appear at 341(a) and states:

1. Debtor's first 341(a) meeting scheduled for May 6, 2024, was continued by the Trustee as the Debtor's remaining schedules and plan had not been filed.

2. Debtor's second 341(a) meeting scheduled for June 10, 2024, was continued by the Trustee as the debtor's remaining schedules and plan had not been filed.

3. Trustee continued Debtor's 341(a) meeting scheduled for July 12, 2024, to review the filed schedules and plan.

4. Debtor did not attend the continued 341(a) meeting scheduled for August 12, 2024, due to a misunderstanding.

5. The Trustee continued the meeting scheduled for September 9, 2024, as Debtor had failed to provide verification of his Social Security number. Debtor has since applied for an official social security card.

6. Debtor requests his 341(a) meeting be continued.

WHEREFORE, Debtor asks that his 341(a) meeting be continued and for all others just relief that he may be entitled.

                                                                Respectfully Submitted,

                                                                 /S/ Robert N. Rushing
                                                                 Robert N. Rushing (2010065)
                                                                 Rushing Law Firm, PLLC
                                                                 725 N. West Ave.
                                                                 El Dorado, AR 71730
                                                                 (870) 875-2940

## CERTIFICATE OF SERVICE

I, Robert N. Rushing, do hereby certify that I have served a true and correct copy of the above pleading upon Jack Gooding, Trustee, by ECF on this 2nd day of October 2024.

                                                                  /S/ Robert N. Rushing
                                                                  ROBERT N. RUSHING