United States Bankruptcy Court

Western District of Arkansas

In re:     Case No. 24-70534-rdt

Michael Clayton Lowry     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0861-1     User: admin     Page 1 of 3

Date Rcvd: Nov 05, 2024     Form ID: pdf06Ac     Total Noticed: 82

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michael Clayton Lowry, 2798 Hwy 8S, Hermitage, AR 71647 |
| cr | + | Bernabe Antonio-Benito, et al., Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| cr | + | Warren Bank & Trust Company, P.O. Box 350, Warren, AR 71671-0350 |
| 5324954 | + | AJ Equity Group, LLC, 1648 61st Street, Brooklyn, NY 11204-2109 |
| 5338245 | + | Antonio-Benito, et al. (Class), c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336358 | + | Antony Arce Perez, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336306 | + | Bernabe Antonio Benito, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5324956 | | Bernabe Antonio Benito, C/O Southern Poverty Law Center, PO Box 1287, Decatur, GA 30031-1287 |
| 5336361 | + | Bernardo Alejandro Estrada Soto, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5324957 | + | Charge Up Capital, 1 Infinite Loop, Cupertino, CA 95014-2083 |
| 5336362 | + | Charly Cesar Rodriguez Bolanos, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336364 | + | David Blancas Concha, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5324961 | ++ | EVEREST BUSINESS FUNDING LLC, 8200 NW 52ND TERR, SECOND FLOOR, DORAL FL 33166-7852 address filed with court:, Everest Business Funding, 5 West 37th St, Suite 1100, New York, NY 10018 |
| 5336367 | + | Edgar Ernesto Villarreal Chavarria, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336368 | + | Eduardo Martinez Alvarez, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336387 | + | Emanuel Xotlaniua Rosete, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336388 | + | Eugenio Rivera Torres, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336391 | + | Fernando Evaristo Valois, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336395 | + | Fernando Perez Carbajal, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336507 | + | Fernando Rivera Barrientos, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336509 | + | Filiberto Medrano Ramos, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336510 | + | Gildardo Hernandez Gomez, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336511 | + | Gonzalo Castro Gonzalez, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5324962 | + | HCS Lending / TVT 2.0 LLC, 8791 S Redwood Rd, Ste. 200, West Jordan, UT 84088-5724 |
| 5336512 | + | Hector Nava Farias, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336515 | + | Hector Trejo Guillen, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336531 | + | Hilario Francisco Abarca, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336563 | + | Horacio Casarrubias Ramirez, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336564 | + | Ismael Guerra Tovar, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336305 | + | James M. Knoepp, Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336366 | + | James M. Knoepp, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5324964 | | Jesus Jimenez Martinez, C/O Southern Poverty Law Center, PO Box 1287, Decatur, GA 30031-1287 |
| 5336352 | + | Jesus Jimenez Martinez, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336569 | + | Jhonatan Aranda Espinoza, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336571 | + | Jorge Huante Lopez, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336574 | + | Jose Guadalupe Monreal Lopez, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336575 | + | Jose Rubio Hernandez, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336572 | + | Jose de Jesus Venzor Munoz, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336576 | + | Juan Angel Soto Hernandez, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336578 | + | Julio Gomez Ortega, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5324965 | + | Ka'Breona Lewis, C/O Taylor King Law, PA, 1920 E. Matthews Ave., Jonesboro, AR 72401-4349 |

| District/off: 0861-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 05, 2024 | Form ID: pdf06Ac | Total Noticed: 82 |

| | | |
|---|---|---|
| 5324966 | + | Kenneth Lewis, C/O Taylor King Law, PA, 1920 E. Matthews Ave., Jonesboro, AR 72401-4349 |
| 5324967 | + | Kyra Lewis, C/O Taylor King Law, PA, 1920 E. Matthews Ave., Jonesboro, AR 72401-4349 |
| 5324968 | + | Legend Funding, 767 3rd Ave Fl 32, New York, NY 10017-2023 |
| 5336579 | + | Leonardo Figueroa Mejia, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336580 | + | Luis Carlos Paredes Saucedo, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336581 | + | Luis Enrique Nava Torres, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336582 | + | Luis Jesus Pulgarin Sanchez, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336583 | + | Marcelino Aguilar Huante, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336585 | + | Marcos David Ortiz Martinez, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336589 | + | Mario Sanchez Villanueva, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336625 | + | Miguel Angel Romero Jimenez, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336627 | + | Miguel Angel Rueda Gonzalez, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336628 | + | Miguel Angel Tovar Gonzales, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336629 | + | Miguel Angel Venegas Venegas, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336639 | + | Misael Teodoro Rivas Gonzalez, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336641 | + | Octavio Saldana Feregrino, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336642 | + | Omar Gonzalez Zuniga, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336659 | + | Patricio Balderas Albarado, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336661 | + | Pedro Misael Gallegos Marquez, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336735 | + | Raymundo Sigala Cadena, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336736 | + | Reynaldo Castro Gonzalez, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336737 | + | Rito Veliz Sandoval, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5336740 | + | Saul Hernandez Romero, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5324969 | + | Secure Funding Source, 495 Flatbush Ave., Brooklyn, NY 11225-3706 |
| 5336741 | + | Sergio Ramos Soto, c/o Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| 5324970 | | Southern Poverty Law Center, PO Box 370037, Miami, FL 33137-0037 |
| 5324973 | | Unknown Members of the Class, C/O Southern Poverty Law Center, PO Box 1287, Decatur, GA 30031-1287 |
| 5324974 | + | Warren Bank & Trust Company, 201 South Main Street, Warren, AR 71671-2734 |

TOTAL: 69

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bkecf@padgettlawgroup.com | Nov 05 2024 21:32:00 | 21st Mortgage Corporation, c/o Hannah Ackley, Esq, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312, UNITED STATES |
| 5324953 | | Email/Text: ebn@21stmortgage.com | Nov 05 2024 21:32:00 | 21st Mortgage Corp, Attn: Bankruptcy, 620 Market Street, Knoxville, TN 37902 |
| 5329038 | | Email/Text: ebn@21stmortgage.com | Nov 05 2024 21:32:00 | 21st Mortgage Corporation, PO Box 477, Knoxville, TN 37901 |
| 5324955 | + | Email/Text: michelle.baker@dfa.arkansas.gov | Nov 05 2024 21:25:00 | AR Dept of Finance & Administration, C/O Revenue Legal Counsel, P.O. Box 1272, Rm 2380, Little Rock, AR 72203-1272 |
| 5325795 | | Email/Text: michelle.baker@dfa.arkansas.gov | Nov 05 2024 21:25:00 | Arkansas Department of Finance & Administration, Revenue Legal Counsel, PO BOX 1272, Room 2380, Little Rock, AR 72203-1272 |
| 5324958 | + | Email/Text: bankruptcy@credencerm.com | Nov 05 2024 21:32:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 5324959 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 05 2024 21:32:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5325743 | + | Email/Text: mrdiscen@discover.com | Nov 05 2024 21:25:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 5324960 | + | Email/Text: mrdiscen@discover.com | Nov 05 2024 21:25:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5336297 | | Email/Text: headwaybnc@enova.com | Nov 05 2024 21:25:00 | Headway Capital, 175 West Jackson Blvd., Suite 1000, Chicago, IL 60604 |

| District/off: 0861-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 05, 2024 | Form ID: pdf06Ac | Total Noticed: 82 |

| 5324963 | + Email/Text: headwaybnc@enova.com | Nov 05 2024 21:25:00 | Headway Cap, 175 W. Jackson, Chicago, IL 60604-2615 |
| --- | --- | --- | --- |
| 5331090 | + Email/Text: jasingleton@hashemlawfirm.com | Nov 05 2024 21:32:00 | John A. Singleton, Jr., P.O. Box 739, Monticello, AR 71657-0739 |
| 5324972 | ^ MEBN | Nov 05 2024 21:27:36 | Stephen Bruce & Associates, PO Box 808, Edmond, OK 73083-0808 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5324971 | ## | Southern Poverty Law Center, PO Box 1287, Decatur, GA 30031-1287 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Hannah Ackley | on behalf of Creditor 21st Mortgage Corporation hannah.ackley@padgettlawgroup.com |
| Jack W. Gooding | noticing@ark13.com |
| James Knoepp | on behalf of Creditor Bernabe Antonio-Benito  et al. jknoepp@gmail.com, jknoepp@recap.email |
| John A Singleton | on behalf of Creditor Warren Bank & Trust Company jasingleton@hashemlawfirm.com |
| Robert N Rushing | on behalf of Debtor Michael Clayton Lowry rrushing@therushinglawfirm.com krushing@therushinglawfirm.com;snoble@therushinglawfirm.com;rushingrr52175@notify.bestcase.com |
| Scott Daniel McCoy | on behalf of Creditor Bernabe Antonio-Benito  et al. scott.mccoy@splcenter.org |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov Shari.Sherman@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;kent.h.johnson@usdoj.gov |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RE: Michael Clayton Lowry        CASE NO:    1:24-bk-70534 T
                                                                                                         Chapter 13

### ORDER TO DISMISS CASE
### FOR FAILURE TO ATTEND 341A MEETING

Comes now Jack W. Gooding, the Chapter 13 Standing Trustee, states that the Debtors failed to attend the 341(a) meeting of creditors set for June 10, 2024, July 12, 2024, August 12, 2024, September 9, 2024, and the continued meeting set for November 04, 2024. The Court does hereby find that the Order is granted, and the case is hereby dismissed based on the debtor's failure to attend 341A meeting.

       Accordingly, it is hereby ordered that the above styled case is DISMISSED.

       IT IS SO ORDERED.

Date: November 5, 2024

                                                      Richard D. Taylor
                                                      U.S. Bankruptcy Judge

cc: Jack W. Gooding,

      Trustee All Creditors

      Rushing Law Firm Pllc (Ach)
      725 North West Ave
      El Dorado, AR  71730

      Michael Clayton Lowry
      2798 Hwy 8S
      Hermitage, AR  71647