# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF ARKANSAS
# EL DORADO DIVISION

In re:

MICHAEL CLAYTON LOWRY

Debtor(s)

Case No. 1:24-bk-70534 T

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Jack W Gooding, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/01/2024.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 11/05/2024.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $8,564.64.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$0.00** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$0.00** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 21ST MORTGAGE CORPORATION | Secured | NA | 7,785.93 | 0.00 | 0.00 | 0.00 |
| AJ Equity Group, LLC | Unsecured | 130,000.00 | NA | NA | 0.00 | 0.00 |
| ANTONIO-BENITO, ET AL. (CLASS) | Unsecured | NA | 2,126,666.51 | 2,126,666.51 | 0.00 | 0.00 |
| ANTONY ARCE PEREZ | Unsecured | 508.02 | 508.02 | 508.02 | 0.00 | 0.00 |
| BERNABE ANTONIO BENITO | Unsecured | 930.84 | 930.84 | 930.84 | 0.00 | 0.00 |
| BERNARDO ALEJANDRO ESTRADA S | Unsecured | 718.56 | 718.56 | 718.56 | 0.00 | 0.00 |
| Charge Up Capital | Unsecured | 30,000.00 | NA | NA | 0.00 | 0.00 |
| CHARLY CESAR RODRIGUEZ BOLAN | Unsecured | 760.48 | 760.48 | 760.48 | 0.00 | 0.00 |
| Credence Resource Management, LLC | Unsecured | 873.00 | NA | NA | 0.00 | 0.00 |
| DAVID BLANCAS CONCHA | Unsecured | 765.54 | 765.54 | 765.54 | 0.00 | 0.00 |
| DEPT OF FINANCE & ADMIN | Unsecured | NA | 71.16 | 71.16 | 0.00 | 0.00 |
| DEPT OF FINANCE & ADMIN | Secured | 27,093.17 | 27,093.17 | 27,093.17 | 0.00 | 0.00 |
| DEPT OF FINANCE & ADMIN | Priority | NA | 1,245.13 | 1,245.13 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 19,680.85 | 19,680.85 | 19,680.85 | 0.00 | 0.00 |
| EDGAR ERNESTO VILLARREAL CHA | Unsecured | 765.54 | 765.54 | 765.54 | 0.00 | 0.00 |
| EDUARDO MARTINEZ ALVAREZ | Unsecured | 731.92 | 731.92 | 731.92 | 0.00 | 0.00 |
| EMANUEL XOTHLANIUA ROSETE | Unsecured | 962.16 | 962.16 | 962.16 | 0.00 | 0.00 |
| EUGENIO RIVERA TORRES | Unsecured | 918.66 | 918.66 | 918.66 | 0.00 | 0.00 |
| EVEREST BUSINESS FUNDING | Unsecured | 53,955.10 | 53,955.10 | 53,955.10 | 0.00 | 0.00 |
| FERNANDO EVARISTO VALOIS | Unsecured | 943.02 | 943.02 | 943.02 | 0.00 | 0.00 |
| FERNANDO PEREZ CARBAJAL | Unsecured | 842.10 | 842.10 | 842.10 | 0.00 | 0.00 |
| FERNANDO RIVERA BARRIENTOS | Unsecured | 695.20 | 695.20 | 695.20 | 0.00 | 0.00 |
| GILDARDO HERNANDEZ GOMEZ | Unsecured | 918.66 | 918.66 | 918.66 | 0.00 | 0.00 |
| GILIBERTO MEDRANO RAMOS | Unsecured | 485.08 | 485.08 | 485.08 | 0.00 | 0.00 |
| GONZALO CASTRO GONZALES | Unsecured | 932.58 | 932.58 | 932.58 | 0.00 | 0.00 |
| HCS LENDING/TVT 2.0 LLC | Unsecured | 150,000.00 | NA | NA | 0.00 | 0.00 |
| HEADWAY CAPITAL | Unsecured | 56,644.56 | 56,644.56 | 56,644.56 | 0.00 | 0.00 |
| Hector Nava Farias | Unsecured | 725.80 | 725.80 | 725.80 | 0.00 | 0.00 |
| HECTOR TREJO GUILLEN | Unsecured | 703.36 | 703.36 | 703.36 | 0.00 | 0.00 |
| HILARIO FRANCISCO ABARCA | Unsecured | 1,402.46 | 1,402.46 | 1,402.46 | 0.00 | 0.00 |
| HORACIO CASARRUBIAS RAMIREZ | Unsecured | 821.68 | 821.68 | 821.68 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ISMAEL GUERRA TOVAR | Unsecured | 719.58 | 719.68 | 719.68 | 0.00 | 0.00 |
| JESUS JIMENEZ MARTINEZ | Unsecured | 856.36 | 856.36 | 856.36 | 0.00 | 0.00 |
| JHONATAN ARANDA ESPINOZA | Unsecured | 648.28 | 648.28 | 648.28 | 0.00 | 0.00 |
| JORGE HUANTE LOPEZ | Unsecured | 703.36 | 703.36 | 703.36 | 0.00 | 0.00 |
| JOSE DE JESUS VENZOR MUNOZ | Unsecured | 838.62 | 838.62 | 838.62 | 0.00 | 0.00 |
| JOSE GUADALUPE MONREAL LOPEZ | Unsecured | 760.48 | 760.48 | 760.48 | 0.00 | 0.00 |
| JOSE RUBIO HERNANDEZ | Unsecured | 869.94 | 869.94 | 869.94 | 0.00 | 0.00 |
| JUAN ANGEL SOTO HERNANDEZ | Unsecured | 648.28 | 648.28 | 648.28 | 0.00 | 0.00 |
| JULIO GOMEZ ORTEGA | Unsecured | 944.76 | 944.76 | 944.76 | 0.00 | 0.00 |
| Ka'Breona Lewis | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Kenneth Lewis | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Kyra Lewis | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Legend Funding | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| LEONARDO FIGUEROA MEJIA | Unsecured | 716.82 | 716.82 | 716.82 | 0.00 | 0.00 |
| LUIS CARLOS PAREDES SAUCEDO | Unsecured | 228.04 | 228.04 | 228.04 | 0.00 | 0.00 |
| LUIS ENRIQUE NAVA TORRES | Unsecured | 784.68 | 784.68 | 784.68 | 0.00 | 0.00 |
| LUIS JESUS PULGARIN SANCHEZ | Unsecured | 715.56 | 718.56 | 718.56 | 0.00 | 0.00 |
| MARCELINO AGUILAR HUANTE | Unsecured | 915.52 | 915.52 | 915.52 | 0.00 | 0.00 |
| MARCOS DAVID ORTIZ MARTINEZ | Unsecured | 731.92 | 731.92 | 731.92 | 0.00 | 0.00 |
| MARIO SANCHEZ VILLANUEVA | Unsecured | 723.76 | 723.76 | 723.76 | 0.00 | 0.00 |
| MIGUEL ANGEL ROMERO JIMENEZ | Unsecured | 824.70 | 824.70 | 824.70 | 0.00 | 0.00 |
| MIGUEL ANGEL RUEDA GONZALES | Unsecured | 733.96 | 733.96 | 733.96 | 0.00 | 0.00 |
| MIGUEL ANGEL TOVAR GONZALES | Unsecured | 526.48 | 526.48 | 526.48 | 0.00 | 0.00 |
| MIGUEL ANGEL VENEGAS VENEGAS | Unsecured | 842.10 | 842.10 | 842.10 | 0.00 | 0.00 |
| MISAEL TEODORO RIVAS GONZALES | Unsecured | 648.28 | 648.28 | 648.28 | 0.00 | 0.00 |
| OCTAVIO SALDANA FEREGRINO | Unsecured | 467.32 | 467.32 | 467.32 | 0.00 | 0.00 |
| OMAR GONZALEZ ZUNIGA | Unsecured | 718.56 | 718.56 | 718.56 | 0.00 | 0.00 |
| PATRICIO BALDERAS ALBARADO | Unsecured | 768.64 | 768.64 | 768.64 | 0.00 | 0.00 |
| PEDRO MISAEL GALLEGOS MARQUE | Unsecured | 979.79 | 979.79 | 979.79 | 0.00 | 0.00 |
| RAYMUNDO SIGALA CADENA | Unsecured | 760.48 | 760.48 | 760.48 | 0.00 | 0.00 |
| REYNALDO CASTRO GONZALES | Unsecured | NA | 836.88 | 836.88 | 0.00 | 0.00 |
| RITO VELIZ SANDOVAL | Unsecured | 739.44 | 739.44 | 739.44 | 0.00 | 0.00 |
| SAUL HERNANDEZ ROMERO | Unsecured | 467.32 | 467.32 | 467.32 | 0.00 | 0.00 |
| Secure Funding Source | Unsecured | 85,000.00 | NA | NA | 0.00 | 0.00 |
| SERGIO RAMOS SOTO | Unsecured | 842.10 | 842.10 | 842.10 | 0.00 | 0.00 |
| UNITED STATES TREASURY (ACH) | Priority | 5,000.00 | 5,000.00 | 5,000.00 | 0.00 | 0.00 |
| UNITED STATES TREASURY (ACH) | Secured | 972,131.52 | 972,131.52 | 972,131.52 | 0.00 | 0.00 |
| WARREN BANK & TRUST | Secured | 30,794.86 | 30,794.86 | 30,794.86 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $30,794.86 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $999,224.69 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,030,019.55** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,245.13 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$6,245.13** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$2,294,514.95** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/28/2025      By: /s/ Jack W Gooding
                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**