Form odsctr

# UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

In Re:   Michael Clayton Lowry
         Debtor

Case No.: 1:24–bk–70534
Chapter: 13
Judge: Richard D. Taylor

### ORDER: DISCHARGE OF TRUSTEE

It appears to the court that the Chapter 13 Trustee in the above case has performed all duties required of the Trustee in the administration of the case. Therefore, it is ORDERED that the Chapter 13 Trustee is discharged from and relieved of their duties in this case.

Dated: 2/26/25

*/s/ Richard D. Taylor*

UNITED STATES BANKRUPTCY JUDGE