## Notice Recipients

District/Off: 0861−1         User: admin                Date Created: 02/26/2025
Case: 1:24−bk−70534          Form ID: odsctr            Total: 2

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee (ust)      USTPRegion13.LR.ECF@usdoj.gov
tr      Jack W. Gooding         noticing@ark13.com

TOTAL: 2